CAUSE NO. W08-60213-J(D)

EX PARTE

SENRICK WILKERSON

IN THE CRIMINAL DISTRICT

COURT NO. 3

DALLAS COUNTY, TEXAS

## APPLICANT's PRESENCE WAS REQUIRED

COMES NOW, SENRICK WILKERSON, Applicant in the above styled and numbered cause, and files this, his pro se Motion of his Presence was Required, respectfully showing the Courts as follows:

On 12/17/2010, the motion for New Trial was received by the District Clerk and on, or about January 5, 2011, under ORDER, the motion was circled granted and signed by a judge. Applicant was never once informed of such, and was never once present at any of such hearings that were held on his behalf; when Applicant's presence is required at any hearing for a motion for new trial in all felony cases. See ART. 33.03 Code CRIM. PROC.; Bumpus V. State 509 S.W. 2d 359, 362-363 (Crim. App. 1974).

The State is unable to produce any records where Applicant was present at the hearings when the Motion for New Trial was granted on, or about January 5, 2011; entitling Applicant relief in a New Trial or in the alternative, a complete aquittal. Relief must be granted.

WHEREFORE PREMISES CONSIDERED, Applicant prays that RELIEF is granted.

Respectfully submitted,

SENRICK WILKERSON (PRO SE)
TDCJ NO. 1885146
Ramsey I Unit
1100 FM 655 7E-2-17T
Rosharon, TX 77583

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2015, the foregoing document has been U.S. mailed to: Felicia Pitre District Clerk, 133 N. Riverfront Blvd, LB12, Dallas, Texas 75207 & Court of Criminal Appeals, P.O. Box 12308, Austin, TX 78711.

SENRICK WILKERSON

P.S.
Safeguard my Liberty